AUSA KKR

FILED
MAY 07 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY TAn DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8385

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Roberto ALDERETE, Defendant. | 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about May 6, 2008, within the Southern District of California, defendant Roberto ALDERETE did knowingly and intentionally import approximately 52.30 kilograms (115.06 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Thomas Behm, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7TH, DAY OF MAY 2008.

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Roberto ALDERETE

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent (SA) Behm.

On May 6, 2008, at approximately 1610 hours, Roberto ALDERETE entered the United States at the Calexico, California, West Port of Entry. ALDERETE was the driver and sole occupant of a 1999 Ford Escort. Customs and Border Protection Officer (CBPO) H. Flores noticed that ALDERETE was reading a book as he inspected the trunk. CBPO Flores felt that ALDERETE was being too nonchalant. CBPO Flores referred the vehicle to the secondary lot for closer examination.

In the vehicle secondary lot, CBPO Barela preformed a canine inspection of the vehicle. The canine alerted to the dash board of the vehicle.

A subsequent inspection of the vehicle revealed several packages in the vehicles dash board, rear quarter panels and rear seat. One of the packages was probed by CBPO Flores and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The packages had a combined net weight of approximately 52.30 kilograms (115.06 pounds).

ALDERETE was placed under arrest. ICE SA Behm advised ALDERETE of his Constitutional Rights, which he acknowledged and waived, agreeing to answer questions. ALDERETE admitted knowledge of the marijuana and stated that he was to be paid $1,200.00 to smuggle the marijuana into the US.

ALDERETE was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.