FILED

JUN 0 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERTO ALDERETE,<br>Defendant. | Criminal Case No. 08CR1803-LAB<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about May 6, 2008, within the Southern District of California, defendant ROBERTO ALDERETE, did knowingly and intentionally import approximately 47.07 kilograms (103.55 pounds) (net weight) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 3, 2008 .

KAREN P. HEWITT
United States Attorney

John J. Weis for

CALEB E. MASON
Assistant U.S. Attorney

CEM:psd:Imperial
6/3/08