AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ROBERTO ALDERETE

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1803-LAB

I, ROBERTO ALDERETE, the above named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/3/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Roberto Alderete
Defendant

Counsel for Defendant

Before
Judicial Officer

FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY